UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
BERNARD NATIONAL LOAN INVESTORS, :
LTD.
                Plaintiff,           :    Case No. 08-CV-

        v.                    :    **RULE 7.1 STATEMENT**

TRADITIONS MANAGEMENT, LLC, AEY, :
LLC, and MICHAEL AIKEN
                Defendants.
------------------------------------------------ x



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BERNARD NATIONAL LOAN INVESTORS, LTD., (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Date: April 14, 2008

Signature of Attorney: Lance Gotthoffer
Attorney Bar Code: LG - 5932