# AFFIDAVIT OF PROCESS SERVER
## In The United States District Court for the Southern District of New York

Bernard National Loan Investors, Ltd.  
Plaintiff(s)  
v  
Traditions Management, LLC, et al  
Defendant

Case No: '08 CIV 3573

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Traditions Management, LLC

with the documents: Summons in a Civil Proceeding; Complaint; and Individual Practices of Denise Cote, United States District Judge

Person Served: Frances Burris, Managing Agent duly authorized to accept service

Service Address: National Registered Agents, 160 Greentree Drive, Suite 101, Dover, Delaware 19904

Date of Service: April 16, 2008     Time of Service: 3:30 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading            ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on;

**Description:** Age: 20's   Sex: F   Race: Hispanic   Hgt: 5'5"   Wgt: 200 lbs   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 17, 2008      at   Wilmington,      Delaware
Date                      City              State

_Ontry Patten, Process Server_
Delaware Attorney Services

State of Delaware
County of New Castle

Delaware Attorney Services
2000 Pennsylvania Avenue, Suite 207
Wilmington, Delaware 19806 (302) 429-0657

Subscribed and sworn before me, a Notary Public of the State of Delaware on April 17, 2008

**Witness My Hand and Official Seal To**

William Gok, My Commission Expires 3/31/2012
Notary Public, State of Delaware