AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE **APRIL 17, 2008** |
| NAME OF SERVER (PRINT) **JERRY M. MORRIS** | TITLE **PRIVATE PROCESS SERVER** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **SERVED TO TOM POTTER, CONTROLLER OF THE CORPORATION WHO DECLARED HE WAS AUTHORIZED TO ACCEPT SERVICE AND WHO PROCLAIMED HE WOULD ACCEPT SERVICE FOR MICHAEL AIKEN WHO WAS ABSENT**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **April 18, 2008**
Date

Signature of Server *(signed)* Jerry M. Morris

A & A Investigations
248 Cedar Farm Lane
Address Rock Springs, GA 30739

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.