```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BERNARD NATIONAL LOAN INVESTORS, LTD.,  :
                Plaintiff,  :    08 Civ. 3573 (DLC)

       v.  :    **STIPULATION & ORDER**

TRADITIONS MANAGEMENT, LLC, AEY, LLC, and  :    ECF CASE
MICHAEL AIKEN,

              Defendants.  :
------------------------------------------------------------- x

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants Traditions Management, LLC, AEY, LLC, and Michael Aiken to answer, move or otherwise respond to the Complaint is extended to and including May 27, 2008.

Dated: New York, New York
       April 28, 2008

REED SMITH LLP

By: _____
   Constantine Karides

Park Avenue Tower
599 Lexington Avenue
New York, New York 10022
(212) 549-0270

*Attorneys for Plaintiff Bernard National Loan Investors, Ltd.*

COVINGTON & BURLING LLP

By: _____
   C. William Phillips

The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000

*Attorneys for Defendants Traditions Management, LLC, AEY, LLC, and Michael Aiken*

SO ORDERED:

_____
U.S.D.J.

May 5, 2008