UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Bernard National Loan Investors, Ltd., | |
| Plaintiff, | 08 Civ. 3573(DLC) |
| -against- | |
| Traditions Management, LLC, AEY, LLC, and Michael Aiken, | CORPORATE DISCLOSURE STATEMENT |
| | ECF CASE |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Traditions Management, LLC ("Traditions") makes the following disclosure:

Traditions is a limited liability corporation incorporated under the laws of Delaware. Traditions has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       May 23, 2008

                                            COVINGTON & BURLING LLP

                                            By:   s/ C. William Phillips
                                                    C. William Phillips

                                            The New York Times Building
                                            620 Eighth Avenue
                                            New York, New York 10018
                                            (212) 841-1000

                                            *Attorneys for Defendants*