UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
: 
Bernard National Loan Investors, Ltd., :
 :
                Plaintiff, :   08 Civ. 3573(DLC)
 :
   -against- :
 :   CORPORATE DISCLOSURE
Traditions Management, LLC, AEY, LLC, and :   STATEMENT
Michael Aiken, :
 :   ECF CASE
                Defendants. :
 :
------------------------------------- x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, AEY, LLC ("AEY") makes the following disclosure:

      AEY is a limited liability corporation incorporated under the laws of Delaware. AEY has no parent corporation, and no publicly traded corporation owns ten percent or more of its stock.

Dated:  New York, New York
        May 23, 2008

                                        COVINGTON & BURLING LLP

                                        By:   s/ C. William Phillips
                                                C. William Phillips

                                                The New York Times Building
                                                620 Eighth Avenue
                                                New York, New York  10018
                                                (212) 841-1000

                                                *Attorneys for Defendants*