UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
BERNARD NATIONAL LOAN INVESTORS, :
LTD.
  :
      Plaintiff, : Case No. 08-CV-3573

      v. :
  STIPULATION
TRADITIONS MANAGEMENT, LLC, AEY, :
LLC, and MICHAEL AIKEN
  :
      Defendants.
------------------------------------- x

      Pursuant to Federal and Local Rules of Civil Procedure, the undersigned counsel for the parties in the above-captioned matter do hereby stipulate and agree that: (1) the time for Plaintiff Bernard National Loan Investors, Ltd., to plead or otherwise respond to Defendants' motion to dismiss is extended to and including June 23, 2008, and (2) the time for Defendants to submit reply papers, if any, in further support of their motion to dismiss is extended to and including July 3, 2008.

| | |
|---|---|
| **REED SMITH LLP** | **COVINGTON & BURLING LLP** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Bernard National Loan Investors, Ltd. | Traditions Management, LLC, AEY, LLC, and Michael Aiken |
| By:  /s/ Lance Gotthoffer | By:  /s/ Mark P. Gimbel |
|     Lance Gotthoffer |     Mark P. Gimbel |
|     599 Lexington Avenue, 22nd Floor |     The New York Times Building |
|     New York, NY 10022 |     620 Eighth Avenue |
|     (212) 521-5400 |     New York, NY 10018-1405 |
| |     (212) 841-1161 |

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge