Cote/7

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BERNARD NATIONAL LOAN INVESTORS, :
LTD.
           :
           Plaintiff,           :     Case No. 08-CV-3573
           
       v.                       :
                                      STIPULATION
TRADITIONS MANAGEMENT, LLC, AEY, :
LLC, and MICHAEL AIKEN
                                :
           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal and Local Rules of Civil Procedure, the undersigned counsel for the parties in the above-captioned matter do hereby stipulate and agree that: (1) the time for Plaintiff Bernard National Loan Investors, Ltd., to plead or otherwise respond to Defendants' motion to dismiss is extended to and including June 23, 2008, and (2) the time for Defendants to submit reply papers, if any, in further support of their motion to dismiss is extended to and including July 3, 2008.

REED SMITH LLP
Attorneys for Plaintiff
Bernard National Loan Investors, Ltd.

By: _____
    Lance Gotthoffer
    599 Lexington Avenue, 22nd Floor
    New York, New York 10022
    (212) 521-5400

COVINGTON & BURLING LLP
Attorneys for Defendants
Traditions Management, LLC, AEY, LLC,
and Michael Aiken

By: _____
    Mark P. Gimbel
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018-1405
    Tel: 212.841.1161

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge

June 11, 2008