UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------  X

BERNARD NATIONAL LOAN INVESTORS, : 
LTD.
                                          :
            Plaintiff,
                                          :          Case No. 08-CV-3573
      v.
                                          :
TRADITIONS MANAGEMENT, LLC, AEY,  :          **AFFIDAVIT OF SERVICE**
LLC, and MICHAEL AIKEN
                                          :
            Defendants.
                                          :

------------------------------------------  X


STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )


**Debra Turetsky**, being duly sworn, deposes and says:

I am over eighteen years of age, I am not a party to this action and I am employed in New York County, New York.

I hereby certify that a true and correct copy of the **Amended Complaint** was served this 23rd day of June, 2008, via first class U.S. mail as set forth below:

> Mark P. Gimbel
> Covington & Burling LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York 10018-1405

                                                    DEBRA TURETSKY

Sworn to before me this
24th day of June, 2008.

Notary Public
AMANDA L. LEONARD
Notary Public, State of New York
No. 01LE6142036
Qualified in New York County
Commission Expires March 13, 2010