UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BERNARD NATIONAL LOAN INVESTORS, LTD.,  :   08 CIV. 3573 (DLC)
                                        :
            Plaintiff,                  :   ORDER
                                        :
      -v-                               :
                                        :
TRADITIONS MANAGEMENT, LLC; AEY, LLC;   :
and MICHAEL AIKEN,                      :
                                        :
            Defendants.                 :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-08

DENISE COTE, District Judge:

   Pursuant to plaintiff's letter dated June 23, 2008, advising the Court that they have filed an amended complaint, it is hereby

   ORDERED that the Clerk of Court shall terminate the May 23, 2008 motion to dismiss.

   IT IS FURTHER ORDERED that the June 27, 2008 initial pretrial conference is adjourned to **July 11, 2008** at **12:30 p.m.** in Courtroom 11B.  The conference must be attended by the attorney who will serve as principal trial counsel.

Dated:    New York, New York
          June 25, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge