# ReedSmith



**Lance Gotthoffer**
Direct Phone: +1 212 549 0289
Email: lgotthoffer@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**MEMO ENDORSED**

June 27, 2008

**VIA OVERNIGHT MAIL**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08
```

**Re:   Bernard National Loan Investors, Ltd. v. Traditions Management, LLC, AEY, LLC, and Michael Aiken, U.S.D.C., S.D.N.Y., No. 08-cv-3573**

Dear Judge Cote:

We represent Plaintiff Bernard National Investors, Ltd. (the "Plaintiff") in the above-referenced action. As Your Honor may be aware, Plaintiff filed its Amended Complaint on June 23, 2008. Therefore, the Court granted Plaintiff's request for a postponement of the initial pre-trial conference scheduled for June 27, 2008, adjourning it to July 11, 2007. Unfortunately, I, as Plaintiff's principal trial counsel, am unable to appear before Your Honor on the weeks beginning July 7, 2008 and July 14, 2008, as I will be taking depositions in New York and San Francisco on a case with a July 31, 2008 deadline for completion of discovery, and would therefore like to request an adjournment of the conference. We have conferred with counsel to Defendants Traditions Management, LLC, AEY, LLC and Michael Aiken (the "Defendants"), and have mutually agreed upon the following proposed dates for the conference, at the convenience of the Court: July 22, 2008 and July 31, 2008.

Thank you in advance for your courtesy. If you have any questions or comments, do not hesitate to contact me.

Respectfully,

Lance Gotthoffer

cc:   Mark P. Gimbel, Esquire

*The conference is adjourned to August 1, at 9:30.*
*/s/ Denise Cote*
*June 30, 2008*

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

NYLIB-8032429.1