USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
BERNARD NATIONAL LOAN INVESTORS, LTD., :
           Plaintiff, : 08 Civ. 3573 (DLC)
       v. : **STIPULATION & ORDER**
TRADITIONS MANAGEMENT, LLC, AEY, LLC, and : ECF CASE
MICHAEL AIKEN, :
           Defendants. :
---------------------------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants Traditions Management, LLC, AEY, LLC, and Michael Aiken to answer, move, or otherwise respond to Plaintiff's First Amended Complaint is extended to and including July 29, 2008.

Dated: New York, New York
       June 26, 2008

REED SMITH LLP                                COVINGTON & BURLING LLP

By: _____                  By: _____
   Lance Gotthoffer                               Mark P. Gimbel
Park Avenue Tower                             The New York Times Building
599 Lexington Avenue                          620 Eighth Avenue
New York, New York 10022                      New York, New York 10018
(212) 549-0270                                (212) 841-1000

*Attorneys for Plaintiff Bernard National Loan*    *Attorneys for Defendants Traditions*
*Investors, Ltd.*                                  *Management, LLC, AEY, LLC, and Michael*
                                                     *Aiken*

SO ORDERED:

_____
   U.S.D.J.

   June 30, 2008