```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
BERNARD NATIONAL LOAN INVESTORS, LTD.,   :   08 CIV. 3573 (DLC)
                                         :
                    Plaintiff,           :       PRETRIAL
                                         :   SCHEDULING ORDER
         -v-                             :
                                         :
TRADITIONS MANAGEMENT, LLC; AEY, LLC;    :
and MICHAEL AIKEN,                       :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 1, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. No additional parties may be joined or pleadings amended after **August 8, 2008.**

2. Defendants having filed a motion to dismiss, plaintiff's opposition shall be due **August 29, 2008** and the reply shall be due **September 12.**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 4, 2008

                                    /s/ Denise Cote
                                  _____
                                         DENISE COTE
                                  United States District Judge