UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
BERNARD NATIONAL LOAN INVESTORS, :
LTD.
                                                            :
       Plaintiff,
                                                            :          Case No. 08-CV-3573
   v.
                                                            :
TRADITIONS MANAGEMENT, LLC, AEY, :          **AFFIDAVIT OF SERVICE**
LLC, MICHAEL AIKEN, MARK ENDERLE and
MARK YARBOROUGH.                       :
                                                            :
      Defendants.
                                                             :
------------------------------------------------ X

STATE OF NEW YORK  )
                                ) ss.
COUNTY OF NEW YORK )

**Debra Turetsky**, being duly sworn, deposes and says:

I am over eighteen years of age, I am not a party to this action and I am employed in New York County, New York.

I hereby certify that a true and correct copy of the **Second Amended Complaint** was served this 8th day of August, 2008, via Overnight Delivery as set forth below:

    Mark P. Gimbel
    Covington & Burling LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018-1405

                                                                               DEBRA TURETSKY

Sworn to before me this
8th day of August, 2008.

_Amanda L. Leonord_
Notary Public

      AMANDA L. LEONARD
   Notary Public, State of New York
        No. 01LE6142036
    Qualified in New York County
  Commission Expires March 13, 2010