USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
BERNARD NATIONAL LOAN INVESTORS, LTD., :
                    Plaintiff, :
                             :
          -v-                          : 08 Civ. 3573 (DLC)
                             :
TRADITIONS MANAGEMENT, LLC, AEY, LLC, : ORDER
MICHAEL AIKEN, MARK ENDERLE and MARK :
YARBOROUGH, :
                    Defendants. :
                             :
------------------------------------- X

DENISE COTE, District Judge:

    Plaintiff having filed a Second Amended Complaint on August 8, 2008, it is hereby

    ORDERED that the Clerk of Court shall terminate defendants' July 29, 2008 motion to dismiss counts I, III, IV, and V of plaintiffs' first amended complaint.

    SO ORDERED:

Dated:    New York, New York
           August 14, 2008

                                            _____
                                              DENISE COTE
                                       United States District Judge