```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BERNARD NATIONAL LOAN INVESTORS, LTD.,          :
                                                :
                       Plaintiff,               :    08 Civ. 3573 (DC)
                                                :
        v.                                      :    **SCHEDULING ORDER**
                                                :
TRADITIONS MANAGEMENT, LLC, AEY, LLC, and       :    ECF CASE
MICHAEL AIKEN,                                  :
                                                :
                       Defendants.              :
------------------------------------------------------------- x

The following scheduling order shall govern proceedings with respect to Defendants' forthcoming motion to dismiss Plaintiff's Second Amended Complaint:

1.  Defendants shall file papers in support of the motion to dismiss on or before September 19, 2008. The time for Defendants to answer, move or otherwise respond to the Second Amended Complaint is accordingly extended to and including September 19, 2008.

2.  Plaintiff shall file papers in opposition to the motion to dismiss by no later than October 16, 2008.

3.  Defendants shall file reply papers in further support of the motion to dismiss by no later than October 31, 2008.

4.  In accordance with the Court's Individual Practices, Defendants shall submit two courtesy copies of all motion papers to Chambers at the time the reply is served.

Dated: New York, New York
       August 15, 2008

                                                SO ORDERED:

                                                _____
                                                Hon. Denise L. Cote, U.S.D.J.