UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
BERNARD NATIONAL LOAN
INVESTORS, LTD.

          **Plaintiff,**

 -against-

TRADITIONS MANAGEMENT, LLC, AEY,
LLC, MICHAEL AIKEN, MARK EDERLE
and MARK YARBOROUGH

          **Defendants**
-------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

Case No. 08-cv-3573

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  **Steven H. Tanenhaus**, being duly sworn, deposes and says:

  Deponent is not a party to this action, is over 18 years of age and is employed by Reed Smith, 599 Lexington Avenue, New York, New York 10022.

  On August 15, 2008, at approximately 2:40 p.m. deponent served SUMMONS AND SECOND AMENDED COMPLAINT upon: MARK ENDERLE and MARK YARBOROUGH by service upon Mark Gimbel, Covington & Burling LLP, The New York Times Building, 620 Eight Avenue, New York, New York by personally delivering and leaving a true copy of same with Colin Doyle, managing clerk at the aforementioned address. Mr. Doyle stated that he could take the papers on behalf of Mark Ederle and Mark Yarborough pursuant to an agreement between the Attorneys.

  Mr. Doyle is described as a White male approximately 40-45 years old, and approximately 5'8" in height and weighing approximately 150 pounds with brown/blonde hair and blue eyes.

                  *[signature]*
                  STEVEN H. TANENHAUS
                  License No.: 0849473

Sworn to before me this
15 Day of August 2008

*[signature]*
Notary Public EVELYN GREEN
     Notary Public, State of New York
       No. 01GR487967
     Qualified in New York County
    Commission Expires Dec. 15, 2010

NYLIB-342908.6-EGREEN8/15/08 3:43 PM